1  SCHROTH & SCHROTH
   ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2  2044 First Avenue, Suite 200
   San Diego, California 92101
3  Telephone: (619) 233-7521
   Facsimile:  (619) 233-4516
4
   Attorney for Material Witnesses, Alicia Rivas-Ramirez and Jose Santos Andrade-Alarcon.
5

6

7
                        **UNITED STATES DISTRICT COURT**
8
                        **SOUTHERN DISTRICT OF CALIFORNIA**
9
                              (Hon. Peter C. Lewis)
10

11

12 UNITED STATES OF AMERICA,          )   Criminal Case No.:
                                      )   Magistrate Case No.:  07MJ8938
13            Plaintiff,              )
                                      )   **MOTION FOR MATERIAL WITNESS**
14        vs.                         )   **VIDEOTAPED DEPOSITION**
                                      )
15 MARCOS RODRIGUEZ-PERALES,          )   Date:  January 2, 2007
                                      )   Time:  1:30 pm
16                                    )   Judge:   Hon. Peter C. Lewis
            Defendant.                )
17 _____)

18      **TO UNITED STATES ATTORNEY CAROL C. LAM, ASSISTANT UNITED**

19 **STATES ATTORNEY JOHN F. WIES; TO ATTORNEY FOR DEFENDANT, MARCOS**

20 **RODRIGUEZ-PERALES, LUPE C. RODRIGUEZ JR.;**

21

22      NOTICE IS HEREBY GIVEN that on January 2, 2007, 1:30 pm, or as soon thereafter as

23 the matter may be heard, in the courtroom of Honorable Peter C. Lewis, located at 2003 W.

24 Adams Ave, Ste 220, El Centro, California 92243, Alicia Rivas-Ramirez and Jose Santos

25 Andrade-Alarcon, by and through their attorney of record, Robert E. Schroth, Jr., will move the

26 court for an order authorizing the videotaped depositions of all three material witnesses.

27

28                                   - 1 -

MOTION FOR MATERIAL WITNESS VIDEOTAPED DEPOSITION

U. S.  v.  Macias Colmernares
07 MJ 8841

1    The motion will be made on the ground that there is good cause for the order requested

2  in that the material witnesses know of no sureties in this country who will bond them out of

3  U.S. Marshall's custody, where they are being held at the ICJ detention facility located in *El

4

5  Centro, California during the pendency of this matter.  Neither the interests of justice nor the

6  convenience of the parties and witnesses will be served by requiring the material witnesses to

7  remain in the ICJ until the matter is concluded.

8

9  DATED: December 17, 2007                          **SCHROTH & SCHROTH**

10

11
                                    By:____s/ Robert E. Schroth, Jr._____
12                                        ROBERT E. SCHROTH, JR,
                                        Attorney for Material Witnesses
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                  - 2 -

MOTION FOR MATERIAL WITNESS VIDEOTAPED DEPOSITION

                                  U. S.  v.  Macias Colmernares
                                            07 MJ 8841

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case 2:07-mj-08938-PCL     Document 11     Filed 12/17/2007     Page 3 of 3