1  SCHROTH & SCHROTH
   ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2  2044 First Avenue, Suite 200
   San Diego, California 92101
3  Telephone: (619) 233-7521
   Facsimile:  (619) 233-4516
4

5

6              **UNITED STATES DISTRICT COURT**

7              **SOUTHERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No.:   08CR0121 BTM |
| | ) Magistrate Case No.:  07MJ8938 |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION RELEASING** |
| | ) **MATERIAL WITNESSES & ORDER** |
| MARCOS RODRIGUEZ-PERALES, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

15     **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff,

16  UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United

17  States Attorney, and defendant MARCOS RODRIGUEZ-PERALES, by and through and

18  with the advice and consent of defense counsel, William Winfield Brown, that:

19     1.    The material witnesses in this case:

20         Alicia Rivas-Ramirez

21         Jose Santos Andrade-Alarcon

22         Ana Griselda Acosta-Carrillo

23     May be released and remanded immediately to the Department of Homeland

24  Security for return to their country of origin.

25     ///

1

| | |
|---|---|
| 1 | It is STIPULATED AND AGREED this date. |
| 2 | Respectfully submitted, |
| 3 | KAREN P. HEWITT |
| 4 | United States Attorney |
| 5 | s/Carla Bressler |
| | Dated: January 23, 2008 _____ |
| 6 | CARLA BRESSLER |
| | Assistant United States Attorney |
| 7 | |
| | s/William Winfield Brown |
| 8 | Dated: January 23, 2008 _____ |
| | WILLIAM WINFIELD BROWN |
| 9 | Defense Counsel for Marcos Rodriguez- |
| | Perales |
| 10 | |
| 11 | s/Robert E. Schroth |
| | Dated: January 23, 2008 _____ |
| 12 | ROBERT E. SCHROTH |
| | Counsel for Material Witnesses |

2

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARCOS RODRIGUEZ-PERALES,<br><br>　　　　Defendant. | Criminal Case No.:　08CR0121 BTM<br>Magistrate Case No.:　07MJ8938<br><br>**STIPULATION RELEASING**<br>**MATERIAL WITNESSES & ORDER** |

**ORDER**

Upon Joint Application and Motion of the Parties, and for good cause shown,

**IT IS ORDERED** that the material witnesses, Alicia Rivas-Ramirez and Jose Santos Andrade-Alarcon and Ana Griselda Acosta-Carrillo above-named be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED**

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE LEO S. PAPAS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

3