UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>MARCOS RODRIGUEZ-PERALES<br><br>Defendant(s) | CRIMINAL NO. 07mj8938<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   LEO S. PAPAS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

ALICIA RIVAS-RAMIREZ

DATED: 1/29/08

LEO S. PAPAS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk
J. JARABEK

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-561-774/70062