

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>MARCOS RODRIGUEZ-PERALES,<br><br><br><br>Defendant. | Criminal Case No.:  08CR0121 BTM<br>Magistrate Case No.:  07MJ8938<br><br>**STIPULATION RELEASING**<br>**MATERIAL WITNESSES & ORDER** |

## ORDER

Upon Joint Application and Motion of the Parties, and for good cause shown,

**IT IS ORDERED** that the material witnesses, Alicia Rivas-Ramirez and Jose Santos Andrade-Alarcon and Ana Griselda Acosta-Carrillo be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED**

Dated: 1/29/08

_____
HONORABLE LEO S. PAPAS
United States Magistrate Judge