ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile: (619) 233-4516


FILED
MAR 12 2008

Attorney for Material Witness, Ana Griselda Acosta-Carrillo

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCOS RODRIGUEZ-PERALES,<br><br>Defendant. | Criminal Case No: 08CR0121-BTM<br>Magistrate Case No: 07MJ8938<br><br>Order to Exonerate the Appearance Bond for the Material Witness and Disburse the Bond Funds |

### ORDER

IT IS ORDERED that the personal surety bond for $5,000.00, which secured the presence of material witness Ana Griselda Acosta-Carrillo is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the $500.00 held in the Registry of the Court to the surety:

Orlando Gonzalez
81730 Armata Street
Indio, CA 92201

Dated: 3/12/08

_____
U. S. Magistrate Judge